# United States Court of Appeals
### For The District Of Columbia Circuit

---

**No. 07-7042**  **September Term, 2006**

06cv01400

**Filed On:**

Ernest M. Greely, Jr.,
    Appellant

v.

Mental Health Departments,
    Appellee

FILED
AUG 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED  JUL 2 5 2007
CLERK

## ORDER

By order filed May 8, 2007, directing appellant to file his response to the order to show cause, by June 7, 2007. The order was sent to appellant by certified mail, return receipt requested and by first class mail. Appellant received and signed for the order on May 16, 2007. To date, appellant has not complied with the court's order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 8/29/07
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Elizabeth V. Scott
Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk