# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5319**  September Term, 2007

06cv01400

Filed On: January 8, 2008 [1090633]

Ernest M. Greely, Jr.,
    Appellant

v.

Mental Health Departments,
    Appellee



**ORDER**

    By order filed October 19, 2007, directing appellant to file his answer to the order to show cause, by November 19, 2007. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. To date, appellant has not complied with the court's October 19, 2007 order. Upon consideration of the foregoing, it is

    **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

    The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Elizabeth V. Scott
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk